No. 88–1985.   HUDSON v. NATIONAL RAILROAD PASSENGER CORPORATION.   C. A. 2d Cir.   Certiorari denied.

No. 88–1986.   BORDEN, INC. v. AFFILIATED FM INSURANCE Co.   C. A. 6th Cir.   Certiorari denied.

No. 88–1988.   LAPIDES v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–1989.   CALDEIRA v. COUNTY OF KAUAI ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–1991.   DYKENS v. EASTERN AIRLINES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 88–1992.   ALCOLAC, INC. v. ELAM ET AL.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 88–1994.   BARROW v. BIRD ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–1995.   BARROW v. DOUGLAS ET AL.   C. A. 11th Cir. Certiorari denied.

No. 88–1996.   DAMINO v. BARRELL ET AL.   C. A. 2d Cir. Certiorari denied.

No. 88–1997.   DAVIS ET UX. v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–1998.   LAGORE v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 88–1999.   HARRIS ET UX. v. STEELWELD EQUIPMENT CO., INC.   C. A. 8th Cir.   Certiorari denied.

No. 88–2001.   SILVER ET UX., INDIVIDUALLY AND AS PARENTS AND NEXT OF KIN OF SILVER, DECEASED MINOR CHILD v. FARMERS & MERCHANTS INSURANCE CO.   Sup. Ct. Okla.   Certiorari denied.

No. 88–2002.   GILMERE, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF PATILLO v. CITY OF ATLANTA, GEORGIA,